# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VALERO,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:20-cv-01656-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 13) |

On July 28, 2021, a stipulation for a first extension of time for Plaintiff to file an opening brief was filed. (ECF No. 13.) The Court finds good cause to grant the stipulated request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before **September 3, 2021**;
2. Defendant shall file an opposition to Plaintiff's opening brief on or before **October 4, 2021;** and
3. Plaintiff's reply, if any, shall be filed on or before **October 19, 2021.**

IT IS SO ORDERED.

Dated:   **July 29, 2021**

UNITED STATES MAGISTRATE JUDGE