# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VALERO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-01656-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 16) |

Alfonso Valero ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On October 4, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter "pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g)." (ECF No. 16 at 1 (emphasis in original).) Pursuant to the terms of the stipulation, the Appeals Council will remand the case to an administrative law judge ("ALJ") and instruct the ALJ to reevaluate the medical opinion evidence pursuant to 20 C.F.R. §§ 404.1520c and to conduct any necessary further proceedings to issue a new decision. (<u>Id.</u> at 2.) The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (<u>Id.</u>) The Court finds good cause exists to grant the parties'

stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Alfonso Valero and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  **October 5, 2021**

UNITED STATES MAGISTRATE JUDGE