# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VALERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1: 20-cv-01656-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 19) |

Alfonso Valero ("Plaintiff") filed the complaint in this action on November 20, 2020. (ECF No. 1.)  On October 6, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 16, 17, 18.)  On December 3, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $2,587.60 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  (ECF No. 19.)[1]  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id.)

///

///

---

[1] The Court notes the filed stipulation contains the amount of "two thousand eighty-seven dollars and sixty cents" written in words, however, the amount written numerically is $2,587.60.  (ECF No. 19 at 1.)  The amount of $2,587.60 also appears in the proposed order.  (ECF No. 19-2 at 1.)  The Court presumes the $2,587.60 amount is the correct amount.

1  Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $2,587.60.

IT IS SO ORDERED.

Dated: __**December 3, 2021**__

UNITED STATES MAGISTRATE JUDGE